MAY 14, 1951.

No. 648. WESTERVELT v. ISTOKPOGA CONSOLIDATED SUBDRAINAGE DISTRICT ET AL. Appeal from the Supreme Court of Florida. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *D. C. Hull, Erskine W. Landis, John L. Graham* and *J. Compton French* for appellant. *O. K. Reaves, David E. Ward* and *Doyle E. Carlton* for appellees.

No. 464. PIONEER NEWS SERVICE, INC. v. SOUTHWESTERN BELL TELEPHONE CO. ET AL. Appeal from the United States District Court for the Eastern District of Missouri. Dismissed on motion of counsel for the appellant. *Morris A. Shenker* for appellant. *G. Wallace Bates* and *F. Mark Garlinghouse* for the Southwestern Bell Telephone Co.; and *J. E. Taylor,* Attorney General of Missouri, *Robert R. Welborn* and *Arthur M. O'Keefe,* Assistant Attorneys General, and *Tyre W. Burton* for the public Service Commission of Missouri, appellees.

No. 442, Misc. CHESSMAN v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 11, Misc. CHAPMAN v. CALIFORNIA SUPREME COURT; and
No. 491, Misc. McINTOSH v. U. S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 494, Misc. HARDIN v. HEINZE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.